DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALTER JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2799

[January 19, 2023]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case Nos. 472017CF000054A and 472017CF000494A.

Walter Jackson, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***